# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH NELSON, individually and on behalf of similarly situated persons defined herein,<br><br>*Plaintiff*,<br><br>v.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>*Defendant*. | Case No. 2:22-cv-12710-FKB-EAS<br><br>Hon. F. Kay Behm<br><br>Mag. Judge Elizabeth A. Stafford |

## STIPULATED ORDER TO MOTION TO STAY PROCEEDINGS

Plaintiff Elizabeth Nelson, individually and on behalf of similarly situated persons (collectively "Plaintiff"), and Defendant IQ Data International, Inc. (individually, "IQ Data," and jointly, the "Parties") jointly agree to the entry of an order staying all pending motions, discovery, deadlines, and proceedings, including the October 25, 2025 hearing on Plaintiff's Motion to Compel and for Sanctions, continuing same until December 2, 2024.

Therefore, it is hereby **ORDERED** that:

1. The Parties are discussing the potential to resolve this matter on a class-wide basis, including participating in voluntary facilitative mediation;

1

2. As a result, all pending motions, discovery deadlines, and proceedings, including the October 25, 2025 hearing on Plaintiff's Motion to Compel and for Sanctions, are stayed until December 2, 2024; and

3. If any voluntary facilitative mediation is scheduled beyond December 2, 2024, due to the availability of the neutral selected, the Parties will submit that date to the Court with a request to extend the stay for 14 days thereafter.

**IT IS SO ORDERED**.

*This is not a final order and does not resolve the pending claims in this matter.*

Dated: 10/22/2024             s/Elizabeth A. Stafford
                                          ELIZABETH A. STAFFORD
                                          United States Magistrate Judge

Stipulated to and respectfully submitted by:

Dated:  October 22, 2024            **GORDON REES SCULLY MANSUKHANI, LLP**

                                                   By:  /s/ *Paul Gamboa*
                                                      Luke D. Wolf (P81932)
                                                      Paul Gamboa
                                                      37000 Woodward Avenue, Suite 225
                                                      Bloomfield Hills, MI 48304
                                                      Tel:  (313) 756-6404
                                                      lwolf@grsm.com
                                                      pgamboa@grsm.com
                                                      *Attorneys for Defendant*

                                                   Approved as to form and content:

                                               By:  /s/ *with consent of Curtis C. Warner*
                                                    John Evanchek, Esq.
                                                    Curtis C. Warner (*of counsel*)
                                                    Kelly and Evanchek, PC
                                                    43695 Michigan Ave.
                                                    Canton, Michigan 48188
                                                    (734) 397-4540 (phone)
                                                    John@kelawpc.com
                                                    cwarner@warner.legal