UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH NELSON, individually and on behalf of similarly situated persons, | Case No. 22-12710 |
| | Hon. F. Kay Behm United States District Judge |
| Plaintiff, | |
| v. | Hon. Elizabeth A. Stafford U.S. Magistrate Judge |
| I.Q. DATA INTERNATIONAL, INC., | |
| Defendant. | |
| _____ / | |

## ORDER DENYING DEFENDANT'S MOTION

In light of Plaintiff's representations and the contested issues of fact for the court to consider in determining whether to hold Defendant and/or defense counsel in contempt of court, the motion to convert the show cause hearing into a remote status conference is **DENIED**.

**SO ORDERED**.

Date: September 15, 2025          s/F. Kay Behm
                                  F. Kay Behm
                                  United States District Judge