## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ELIZABETH NELSON,
individually and on behalf of similarly
situated persons defined herein,

*Plaintiff*,

v.

I.Q. DATA INTERNATIONAL, INC.,

*Defendant*.

Case No. 2:22-cv-12710-FKB-EAS

Hon. F. Kay Behm
United States District Judge

Mag. Judge Elizabeth A. Stafford
U.S. Magistrate Judge

### ORDER GRANTING UNOPPOSED MOTION TO STAY PENDING RULING ON IQ DATA'S RULE 23(F) PETITION FOR PERMISSION TO APPEAL ORDER GRANTING CLASS CERTIFICATION

The Court having received the and the Court being otherwise fully advised in the premises; NOW, THEREFORE:

IT IS HEREBY ORDERED that:

1. IQ Data's Unopposed Motion to Stay the Case Pending a Ruling on IQ Data's Rule 23(f) Petition for Permission to Appeal is Granted.

SO ORDERED.

Dated: February 27, 2026

s/F. Kay Behm
F. Kay Bhem
United States District Judge